UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION   **SUPPRESSED**

FEB - 9 2022
U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) 4:22CR064 SEP/DDN |
| COLIN M. LIND, | ) |
| Defendant. | ) |

## INDICTMENT

### COUNT I

The Grand Jury charges that:

On or about between August 8, 2021 and August 13, 2021, within the Eastern District of Missouri,

**COLIN M. LIND**

the Defendant herein, did by means of interstate commerce, knowingly transfer obscene matter to another individual who had not attained the age of sixteen years, knowing that the other individual had not attained the age of sixteen years, to wit: the Defendant exposed his penis to a minor he knew to be under the age of sixteen years via digital communications,

in violation of Title 18, United States Code, Section 1470

A TRUE BILL.

_____
FOREPERSON

SAYLER A. FLEMING
United States Attorney

_____
JILLIAN S. ANDERSON, #53918(MO)
Assistant United States Attorney
jillian.anderson@usdoj.gov